## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Abdulkadir Y. Warsame, | Court File No. 09-CV-3363 (DSD/AJB) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| American Coradius International, LLC, and Crystal Doe, | |
| Defendants. | |

---

**THE UNDERSIGNED ATTORNEYS** hereby advise the Court that all claims in the above-entitled cause of action have been fully compromised and settled.  Therefore,

**IT IS HEREBY STIPULATED** by and between all the parties hereto, through their respective undersigned attorneys, that the above lawsuit may be and hereby is dismissed on its merits and with prejudice.

**IT IS FURTHER STIPULATED** that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

**GOOLSBY LAW OFFICE, LLC.**

Dated: 8/3/10

By s/John H. Goolsby
John H. Goolsby, #0320201
Attorney for Plaintiff
2021 East Hennepin Avenue, Suite 195
Minneapolis, MN 55413
612-331-8700

-2-

**ERSTAD & RIEMER, P.A.**

Date:  8/10/10   By s/ Thomas H. Schaefer
Thomas H. Schaefer  (#231587)
Attorneys for Defendants
8009 34th Avenue South, Suite 200
Minneapolis, MN  55425
952-896-3700

-2-